UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM SCHARF,

          Plaintiff,

       -against-

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

          Defendants.

**<u>ORDER</u>**

25-CV-08696 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on October 21, 2025. (Doc. 1). On November 4, 2025, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Experian Information Solutions, Inc. ("Experian") on November 3, 2025 (Doc. 9). The deadline for Defendant Experian to file an answer or otherwise respond to the complaint was November 24, 2025. To date, Defendant Experian has not responded to the complaint. Plaintiff voluntarily dismissed FourLeaf Federal Credit Union, the only defendant other than Experian, from this action on December 22, 2025. (Doc. 14). Since Plaintiff voluntarily dismissed Defendant FourLeaf Federal Credit Union, there has been no activity on the docket.

Accordingly, by February 2, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendant Experian, or file a letter advising the Court why he should not pursue default judgment against Defendant Experian.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

2

SO ORDERED.

Dated:  White Plains, New York
        January 5, 2026

_____

Philip M. Halpern
United States District Judge