UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM SCHARF,

                        Plaintiff,

        -against-

EXPERIAN INFORMATION SOLUTIONS,
INC., et al,

                    Defendants.

**<u>ORDER</u>**

25-CV-08696 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on October 21, 2025. (Doc. 1). On November 4, 2025, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Experian Information Solutions, Inc. ("Experian") on November 3, 2025 (Doc. 9). The deadline for Defendant Experian to file an answer or otherwise respond to the complaint was November 24, 2025. To date, Defendant Experian has not responded to the complaint. Plaintiff voluntarily dismissed Defendant FourLeaf Federal Credit Union, the only defendant other than Experian, from this action on December 22, 2025. (Doc. 14). On January 6, 2026, the Court issued an order directing Plaintiff to, by February 2, 2026, comply with the Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendant Experian, or file a letter advising the Court why he should not pursue default judgment against Defendant Experian. (Doc. 15). On January 22, 2026, Plaintiff obtained a Clerk's Certificate of Default as to Defendant Experian. (Doc. 21). Since Plaintiff obtained a Clerk's Certificate of Default, there has been no activity on the docket.

Accordingly, the Court *sua sponte* extends the time for Plaintiff to comply with the Court's prior order (Doc. 15) to February 10, 2026.

**SO ORDERED.**

Dated:   White Plains, New York
         February 3, 2026

_____
PHILIP M. HALPERN
United States District Judge

2